UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENNETRA TOOGOOD                                                    Plaintiff

v.                                                    Civil Action No. 3:20-cv-93-RGJ

THE RECEIVABLE MANAGEMENT                                           Defendant
SERVICES LLC

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal

Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Defendant The Receivable Management Services

LLC with respect to the claims brought in this matter.

(2)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for

delay.

(3)    The Clerk of Court is directed to strike this matter from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

September 14, 2022

1